JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFF WINKLER, Receiver,<br><br>    Plaintiff,<br><br>    vs.<br><br>WILLIAM NICHOLSON, an individual; and DOES 1–10, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-07458-FMO-AFM<br><br>**ORDER GRANTING STIPULATION [67] FOR ORDER APPROVING SETTLEMENT AGREEMENT**<br><br>Ctrm: 6D<br>Judge Hon. Fernando M. Olguin |

## **ORDER**

The Stipulation for Order Approving Settlement (the "Stipulation") by and between plaintiff Geoff Winkler (the "Receiver") the Court-appointed permanent receiver in the related action styled *SEC v. Iannelli, et al.*, USDC, C.D. Cal. Case No. 2:18-cv-05008, on the one hand, and defendant William Nicholson (together with the Receiver, the "Parties"), on the other hand, having been considered by this Court and good cause appearing therefor, this Court ORDERS as follows:

1. The Parties' Settlement Agreement, as defined in the Stipulation, is APPROVED, in its entirety;

2. The Parties are AUTHORIZED to perform their respective obligations as set forth in the Settlement Agreement; and

3. Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381–82 (1994), and the terms of the Settlement Agreement, this Court SHALL RETAIN exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of the Settlement Agreement.

IT IS SO ORDERED.

Dated: September 26, 2024    /s/
Hon. Fernando M. Olguin
United States District Judge